**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandeep Sandeep, et al., | No. CV-25-04902-PHX-KML (MTM) |
| Petitioners, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

In responding to the order to show cause, respondents stated "Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioners' supervised releases were revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioners' requests for release at this time." (Doc. 6 at 1.) Based on this concession,

**IT IS ORDERED** petitioners' petition for writ of habeas corpus (Doc. 1) is granted.

**IT IS FURTHER ORDERED** respondents must immediately release petitioners from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within three days of petitioners' release.

/

/

/

/

**IT IS FURTHER ORDERED** the clerk shall enter judgment in petitioners' favor and close this case.

Dated this 13th day of January, 2026.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge